IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE (C.A.A.), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-1229-N |
| | § | |
| HYATT CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

By separate Order of this same date, the Court granted motions to dismiss filed by Defendants Hyatt Place Franchising, L.L.C. ("Hyatt") [87], BDNKR Hospitality LP ("BDKNR") [81], Lotustel Group LLC ("Lotustel") [82], Firewheel Hotel Ltd. ("Firewheel") [85], and Holiday Hospitality Franchising LLC ("HHF") and Six Continents Hotel, Inc. ("SCH") [84].  It is, therefore, ordered that Plaintiff Jane Doe (C.A.A.) take nothing by her claims against Defendants, and those claims are dismissed with prejudice. All relief not expressly granted is denied.  Court costs are taxed against Doe.  This is a final judgment.

Signed January 6, 2026.

_____
David C. Godbey
Senior United States District Judge

FINAL JUDGMENT – SOLO PAGE